Document      Page 1 of 7

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEORGE HALDES, | ) | Case No. 12-20050 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**COVER SHEET FOR FINAL APPLICATION
FOR PROFESSIONAL COMPENSATION
OF LASALLE APPRAISAL GROUP, INC.**

| | |
|---|---|
| Name of Applicant: | LaSalle Appraisal Group, Inc. |
| Authorized to Provide Professional Services to: | Debtor |
| Date of Order Authorizing Employment: | Sept. 18, 2012 (*nunc pro tunc* to Sept. 1, 2012) |
| Period for Which Compensation is Sought: | Sept. 1, 2012 through Oct. 31, 2012 |
| Amount of Fees Sought: | $ 7,000.00 |
| Amount of Expense Reimbursement Sought: | $ 0.00 |
| This is a(n): | Interim Application _____ |
| | Final Application     X    |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested Fees and Expenses | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |
| | | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00

                            Applicant:    LaSalle Appraisal Group, Inc.

Dated: November 6, 2012                      By: /s/ Carolina Y. Sales

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEORGE HALDES, | ) | Case No. 12-20050 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## NOTICE OF APPLICATION

     PLEASE TAKE NOTICE that on November 27, 2012, at 10:30 a.m., we shall appear before the Honorable Janet S. Baer, or any judge sitting in her stead, in courtroom 615, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the *Application for Final Allowance of Compensation to LaSalle Appraisal Group, Inc., Real Estate Appraiser and Expert Witness for the Debtor in Possession*. The Application seeks a final award of compensation to *LaSalle Appraisal Group, Inc.* in the amount of $7,000.00. The Application and detailed statement of services for which compensation is sought will be on file with the United States Bankruptcy Court for the Northern District of Illinois – Eastern Division and will be available at http://www.ilnb.uscourts.gov/ and upon request to the undersigned.

Dated: November 6, 2012        GEORGE HALDES

                                      By: /s/ Carolina Y. Sales
                                            One of His Attorneys

Paul M. Bauch (ARDC # 6196619)
Carolina Y. Sales (ARDC # 6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: (312) 427-5709

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEORGE HALDES, | ) | Case No. 12-20050 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION
TO LASALLE APPRAISAL GROUP, INC., REAL ESTATE APPRAISER
AND EXPERT WITNESS FOR DEBTOR IN POSSESSION**

LaSalle Appraisal Group, Inc. ("LaSalle"), expert witness for George Haldes (the "Debtor"), pursuant to 11 U.S.C. §§ 330 and 507(a)(1), requests a final award of compensation for professional services during the period from September 1, 2012 through October 31, 2012 (the "Application").

## I. JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ l334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

## II. BACKGROUND

2. On May 16, 2012 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtor continues to manage and operate his business as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. The Debtor has substantially all of the rights, powers and responsibilities of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

3. No creditors' committee has been appointed in the Debtor's Chapter 11 case, and no trustee or examiner has been appointed.

4. The Debtor is a real estate developer and property manager. He also owns and operates several commercial buildings in Chicago and Cicero, Illinois.

5. On August 3, 2012, Bridgeview Bank Group ("Bridgeview") filed a *(A) Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362 or, in the Alternative, for Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (B) Objection to Debtor's Continued Use of Cash Collateral* (the "Motion") [ECF No. 47].

6. In the Motion, Bridgeview sought relief from the automatic stay to foreclose its mortgage lien on the real property located at 2540 N. Burling in Chicago, Illinois (the "Burling Property"). Bridgeview also has as junior mortgage on the real property located at 1841 N. Sheffield Ave. in Chicago, Illinois (the "Sheffield Property").

7. On September 18, 2012, the Court entered an order authorizing the Debtor to employ LaSalle [ECF No. 96].

### III. SERVICES PERFORMED

#### A. Preparation of Appraisals

8. LaSalle provided services to the Debtor related to the preparation of appraisals of the Burling Property and Sheffield Property. LaSalle charged $1,500 for each appraisal.

                                                                       Amount Requested: $3,000.00

### B. Expert Testimony

9.  LaSalle provided services to the Debtor in connection with the preparation and delivery of expert testimony for the October 10, 2012 evidentiary hearing on the Motion.

                                                         Amount Requested: $4,000.00

### IV. EXPERTS PROVIDING SERVICES FOR THE DEBTOR

10. The expert appraisers primarily responsible for providing services to the Debtor were Brett Oakley and Joseph M. Ryan. Mr. Oakley is a staff real estate appraiser at LaSalle. He is licensed in Illinois and is a member of the Appraisal Institute. Mr. Ryan is the president and founder of LaSalle. He is licensed in Illinois, Michigan and Indiana and is a member of the Appraisal Institute.

### V. CALCULATION OF TIME AND FEES

11. LaSalle's final request for compensation and reimbursement for expenses covers the period of September 1, 2012 through October 31, 2012 (the "Application Period"). All professional services for which compensation is requested have been directly related to services for the Debtor and were rendered for the benefit of the estate of the Debtor. No agreement or understanding exists between LaSalle and any other person for the sharing of compensation received or to be received in connection with this case, other than as authorized pursuant to § 504 of the Bankruptcy Code. LaSalle has not entered any agreement to set fees in this case.

12. As set forth in the attached exhibit, LaSalle prepared two appraisals and spent a total of 16.00 hours providing necessary expert witness services for the Debtor and his estate. LaSalle requests compensation for $7,000.00 for the actual, necessary appraisal and expert witness services provided to the Debtor.

13. In preparing this Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Accountant to the Debtor, LaSalle has charged a $1,500 flat fee for each appraisal and $250 per hour for expert witness preparation and testimony. The hourly rate and flat fee charged are the rates charged by LaSalle for comparable services to clients in nonbankruptcy related matters.

14. To aid the Court in its review, LaSalle has categorized its time by substantive category, as is summarized in the preceding section of this Application.

**BILLING PROCEDURES**

15. Time entries are recorded contemporaneously on a regular basis. The categories and time spent are as follows:

| Category | Hours | Charges |
|---|---|---|
| Appraisals | N/A | $3,000.00 |
| Preparation for Expert Witness Testimony | 10.0 | $2,500.00 |
| Expert Witness Testimony | 6.0 | $1,500.00 |
| **Totals** | **16.00** | **$7,000.00** |

16. The total charges per person are as follows:

| LaSalle Employee | Rate | Hours | Total |
|---|---|---|---|
| Brett Oakley & Joseph Ryan | $1,500 per appraisal | N/A | $3,000.00 |
| Joseph Ryan | $250.00 | 16.00 | $4,000.00 |
| **Totals** | | **16.00** | **$7,000.00** |

4

**WHEREFORE**, LaSalle Appraisal Group, Inc. respectfully requests that this Court enter an order:

1. Awarding LaSalle Appraisal Group, Inc. $7,000.00 for the actual, necessary appraisal and expert witness services rendered by it to the Debtor during the Application Period;

2. Deeming this compensation award to be a final award;

3. Authorizing and directing the Debtor to pay the amount awarded from the Debtor's personal DIP account; and

4. Granting such other relief as may be just.

Dated: November 6, 2012     Respectfully submitted,

              GEORGE HALDES

              By: /s/ Carolina Y. Sales
                One of His Attorneys

Paul M. Bauch (ARDC # 6196619)
Carolina Y. Sales (ARDC # 6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: 312-427-5709

5