IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEORGE HALDES, | ) | Case No. 12-20050 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## COVER SHEET FOR FINAL APPLICATION
## FOR PROFESSIONAL COMPENSATION
## OF BAUCH & MICHAELS, LLC

| | |
|---|---|
| Name of Applicant: | Bauch & Michaels, LLC |
| Authorized to Provide Professional Services to: | Debtor |
| Date of Order Authorizing Employment: | June 14, 2012 (*nunc pro tunc* to May 16, 2012) [ECF No. 17] |
| Period for Which Compensation is Sought: | August 17, 2013 – October 31, 2013 |
| Amount of Fees Sought: | $35,418.00 |
| Amount of Expense Reimbursement Sought: | $25.72 |
| This is a(n): | Interim Application _____ |
| | Final Application    X    |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested Fees and Expenses | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 3/15/13 | 3/16/12-2/28/13 | $114,404.29 | $114,404.29 | $0 |
| 08/26/13 | 03/01/13-08/16/13 | $61,729.28 | $61,729.28 | $0 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $122,085.35

           Applicant:  Bauch & Michaels, LLC

Dated: February 4, 2014         By: /s/ Paul M. Bauch

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEORGE HALDES, | ) | Case No. 12-20050 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## NOTICE OF APPLICATION

      PLEASE TAKE NOTICE that on February 25, 2014, at 9:30 a.m., we shall appear before the Honorable Janet S. Baer, or any judge sitting in her stead, in courtroom 615, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the *Final Application for Allowance of Compensation to Bauch & Michaels, LLC, Attorneys for the Debtor in Possession*. The Application seeks an award of compensation to Bauch & Michaels, LLC in the amount of $35,418.00 and the reimbursement of $25.72 of expenses. The Application and detailed statement of services for which compensation is sought will be on file with the United States Bankruptcy Court for the Northern District of Illinois – Eastern Division and will be available at http://www.ilnb.uscourts.gov/ and upon request to the undersigned.

Dated: February 3, 2014                      GEORGE HALDES,

                                              By: /s/ Paul M. Bauch
                                                  One of His Attorneys

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: (312) 427-5709

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 4, 2014, we caused this document to be served upon the persons identified on the attached service list by ❏ personally delivering a copy to the recipient at his or her respective address before 4:00 P.M; or ☒ mailing a copy to the recipient at his or her respective address by depositing the same in United States Post Office Box with proper first class postage affixed thereto; or ❏ personally delivering a copy to the recipient at his or her respective facsimile transmittal number, this transmittal being sent from a facsimile machine at 312-427-5709, and a copy of the facsimile transmittal record being attached hereto; or, ☒ electronically delivering a copy through the Court's CM/ECF filing system.

/s/ Paul M. Bauch

## **SERVICE LIST**

***VIA CM/ECF:***

Kevin A Ameriks on behalf of Creditor Bridgeview Bank Group
kevin.ameriks@bridgeviewbank.com

Peter C Bastianen on behalf of Creditor CITIMORTGAGE, INC.
ND-Four@il.cslegal.com

Peter C Bastianen on behalf of Creditor Second Federal Savings
ND-Four@il.cslegal.com

Richard A Bixter on behalf of Creditor MetroBank
richard.bixter@hklaw.com

Francisco Connell on behalf of Creditor Urban Partnership Bank
fconnell@chuhak.com, tbulow@chuhak.com;mpranczke@chuhak.com

Toni Dillon on behalf of Creditor Fifth Third Mortgage Company
tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

Kathryn E Kelly on behalf of Creditor United States of America, Department of the Treasury, Internal Revenue Service
kathryn.e.kelly@irscounsel.treas.gov

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Melanie Pennycuff on behalf of Creditor First Kenmore Condominium Association
Kreislerlaw@hotmail.com, pennycuffecf@gmail.com

Adam B. Rome on behalf of Creditor Bridgeview Bank Group and Burling Dickens Sheffield Real Estate Investors, LLC
arome@grglegal.com, abernath@grglegal.com

Timothy L Binetti on behalf of Creditor Fifth Third Mortgage Company
tbinetti@thompsoncoburn.com;trowden@thompsoncoburn.com;mburt@thompsoncoburn.com;lbalcita@thompsoncoburn.com

Todd A Rowden on behalf of Creditor Fifth Third Mortgage Company
trowden@thompsoncoburn.com, mburt@thompsoncoburn.com

Matthew Johns on behalf of Creditor Fifth Third Mortgage Company
mjohns@thompsoncoburn.com, vbedgood@thompsoncoburn.com

```
Label Matrix for local noticing            Bauch & Michaels LLC                        Bauch & Michaels, LLC
0752-1                                     53 W Jackson Blvd                           53 W. Jackson Blvd.
Case 12-20050                              Suite 115                                   Suite 1115
Northern District of Illinois              Chicago, IL 60604-3566                      Chicago, IL 60604-3566
Chicago
Tue Nov 26 10:57:22 CST 2013

Bridgeview Bank Group                      CITIMORTGAGE, INC.                          (p)FIFTH THIRD BANK
4753 N Broadway                            c/o Codilis & Associates, P.C.              MD# ROPS05 BANKRUPTCY DEPT
Chicago, IL 60640-4986                     15W030 N. Frontage Road, Suite 100          1850 EAST PARIS SE
                                           Burr Ridge, IL 60527-6921                   GRAND RAPIDS MI 49546-6253


First Kenmore Condominium Association      MetroBank                                   Second Federal Savings
C/O Melanie Pennycuff, Esq.                131 S. Dearborn                             c/o Codilis & Associates PC
Law Offices of Barry Kreisler. P.C.        Attn: Rick Bixter                           15W030 North Frontage Road
3001 W. Armitage Avenue                    Chicago, IL 60603-5517                      Suite 100
Chicago, IL 60647-3816                                                                 Chicago, IL 60527-6921

Urban Partnership Bank                     U.S. Bankruptcy Court                       Amy Hayward
Chuhak & Tecson, P.C.                      Eastern Division                            2240 W. Palmer, 2 Rear
c/o Francisco E. Connell                   219 S Dearborn                              Chicago, IL 60647
30 S. Wacker Drive, Suite 2600             7th Floor
Chicago, IL 60606-7512                     Chicago, IL 60604-1702


(p)BANK OF AMERICA                         Brenda & Larry Doyle                        Bridget Lullen, Andrea Serrano
PO BOX 982238                              9600 S. Bishop St.                          Kamin Gloria Mwez, Ashleigh Edwards
EL PASO TX 79998-2238                      Chicago, IL 60643-1312                      Selma Torres
                                                                                       5120 N. Kenmore, 1 North
                                                                                       Chicago, IL 60640-3173

Bridgeview Bank                            Bridgeview Bank Group                       Bridgeview Bank Group
4753 N. Broadway St.                       c/o Douglas Lipke and William Thorsness     c/o Kevin Ameriks
Chicago, IL 60640-4986                     Vedder Price P.C.                           4753 N. Broadway
                                           222 N. LaSalle St., Suite 2600              Chicago IL 60640-4986
                                           Chicago, IL 60601-1104

Burling Dickens Sheffield Real Estate Invest   CITIMORTGAGE, INC.                      CITY OF CHICAGO - DEPARTMENT OF REVENUE
c/o Adam B. Rome                           c/o Codilis & Associates, P.C.              C/O TALAN & KTSANES
200 W. Madison St., Ste. 755               15W030 North Frontage Road,Suite 100        223 W JACKSON - SUITE 512
Chicago, IL 60606-3552                     Burr Ridge, IL 60527-6921                   CHICAGO IL 60606-6904

CITY OF CHICAGO DEPT OF FINANCE            Cavalry Portfolio Services, LLC             Chicago Community Bank
C/O TALAN & KTSANES                        500 Summit Lake Drive Suite 400             1110 W. 35th Street
223 W JACKSON - SUITE #512                 Valhalla, NY 10595-2322                     Chicago, IL 60609-1490
CHICAGO IL 60606-6904

Chicago Title Land Trust                   Chicago of Chicago                          City of Chicago
171 N Clark St, Suite 575                  c/o Baker & Miller                          Department of Finance-Bankruptcy Unit
Chicago, IL 60601-3368                     29 N. Wacker Drive                          121 N. Lasalle Street-Room 107A
                                           Chicago, IL 60606-3221                      Chicago, Illinois 60602-1288

City of Chicago                            City of Chicago                             City of Chicago
c/o Corporation Counsel                    c/o Goldman & Grant                         c/o Heller Shapiro Frisone
30 N. LaSalle, #800                        205 W. Randolph                             33 N. LaSalle
Chicago, IL 60602-3542                     Chicago, IL 60606-1867                      Chicago, IL 60602-3418
```

City of Chicago
c/o Linebarger Goggan Blair
233 S. Wacker, #4030
Chicago, IL 60606-6379

City of Chicago
c/o Markoff Krasny LLC
29 N. Wacker Dr. #500
Chicago, IL 60606-3227

City of Chicago
c/o Talan & Ktsanes
223 W. Jackson, #512
Chicago, IL 60606-6904

City of Chicago
c/o Wexler & Wexler
500 W. Madison, #450
Chicago, IL 60661-2767

City of Chicago Department of Finance
Bureau of Water Billing, Noticing and
Customer Service
333 South State Street-Suite 330
Chicago, IL 60604-3965

City of Chicago Dept of Water
333 S State St, #410
Chicago, IL 60604-3983

City of Chicago-Dept. of Finance
Accounts Receivable Division
City Hall, Room 107A
121 North LaSalle St
Chicago, IL 60602-1288

Commonwealth Edison
440 S LaSalle St
Chicago, IL 60605-1028

Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197-6111
Attn: Collections

Commonwealth Edison Co
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181-4204

Cook County Treasurer
118 N. Clark - Ste. 112
Chicago, IL 60602-1590

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dept of Education/ Nelnet
PO Box 740283
Atlanta, GA 30374-0283

Discover Financial
Attn: Bankruptcy Dept.
P.O. Box 3025
New Albany, OH 43054-3025

Effie Tsakalis
2240 W. Palmer, 2 Front
Chicago, IL 60647

Elliott & Associates Attorney's PC
Hoevel & Associates PC
3725 N Western Avenue
Chicago, IL 60618-4705

Fifth Third Bank
Madisonville Operations
CRUTER-MD 1MDC2N
Cincinnati, OH 45253

Fifth Third Mortgage Company
c/o Thompson Coburn LLP
55 E. Monroe Street #3700
Chicago, IL 60603-6029

First Kenmore Condominium Association
Kreisler Law PC
2846A N Milwaukee Ave
Chicago, IL 60618

Gavin Giovagnoli
Graham Giovagnoli
Dana Pilgini
3118 W. Palmer Square, 1st Fl.
Chicago, IL 60647-2819

Gonnella Baking Co.
c/o Gerald R. Slutsky
2531 Queens Way
Northbrook, IL 60062-6542

Hoevel and Associates
3725 N. Western Ave.
Chicago, IL 60618-4705

Illinois Bell Telephone Company
% AT&T Services, Inc
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

Jake Bartlow
2240 W. Palmer, 3 Rear
Chicago, IL 60647

Johnson Welded Products
625 S. Edgewood Ave.
Urbana, OH 43078-8600

Josh Katz
1841 N. Sheffield
2nd Floor
Chicago, IL 60614-5026

Justin Mackey & Sophie Eustis
1746 N. Kedzie, 1st Floor
Chicago, IL 60647-4910

Leslie Anderson
5114 N. Kenmore Ave.
1 South
Chicago, IL 60640

Lisa Collins, Ryan Wilkins &
Reach for the Stars Child Care Academy
4248-52 S. King Drive
Chicago, IL 60653-2602

| | | |
|---|---|---|
| Margaret Dubin, Luke Bigelow & Ligia Res Santos Silva<br>5120 N. Kenmore, 1 South<br>Chicago, IL 60640-3173 | Mercedes Benz of Chicago<br>c/o ESM Enterprises<br>P.O. Box 11128<br>Pensacola, FL 32524-1128 | MetroBank<br>c/o Francis L. Keldermans<br>Holland & Knight, LLP<br>131 S. Dearborn St., 30th Fl.<br>Chicago, IL 60603-5550 |
| Miles Todero<br>28 B Wagner Drive<br>Northlake, IL 60164 | Mina Lewis Stacey Roline & Andrea Stout<br>1865 N. Clybourn, 2nd Floor<br>Chicago, IL 60614-4901 | Niall Joyce, Lillian Brunacci<br>Alexander Brunacci<br>1863 N. Clybourn Ave.<br>Chicago, IL 60614-4901 |
| Nicor/North Shore Energy<br>P.O. Box 190<br>Aurora, IL 60507-0190 | North Community Bank<br>3639 N. Broadway St.<br>Chicago, IL 60613-4489 | Northstar Trust Co<br>500 W Madison, Suite 3150<br>Chicago, IL 60661-4580 |
| Parrish F. Weaver<br>1000 E. 53rd St. ,m #203-5<br>Chicago, IL 60615-4369 | Patricia A. Papas<br>1632 Sheridan Road<br>North Cicero, IL 60064-2211 | Peoples Energy<br>Chicago, IL 60687-0001 |
| Progressive Insurance<br>c/o NCO Financial 99<br>P.O. Box 15636<br>Wilmington, DE 19850-5636 | Progressive Insurance Company<br>c/o Credit Collections<br>P.O. Box 9134<br>Needham, MA 02494-9134 | Reginald Kine, Judy & Crystal Murphy<br>4815 W. 23rd Street<br>Cicero, IL 60804-2404 |
| Robert Keer & John Hisel<br>5120 N. Kenmore, 2 North<br>Chicago, IL 60640-3173 | Rubinstein Lumber Co.<br>5357 W. Grand Ave.<br>Chicago, IL 60639-3009 | Samantha Joyce Slonim<br>2240 W. Palmer, 1 Rear<br>Chicago, IL 60647 |
| Second Federal Savings<br>3960 W. 26th St.<br>Chicago, IL 60623-3705 | Second Federal Savings<br>Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Second Federal Savings and Loan Association<br>FDIC receiver for Second Federal Savings<br>3960 W 25th Street<br>Chicago, IL 60623 |
| Segal & Segal, Attorneys<br>36 W. Randolph St.<br>Chicago, IL 60601-3519 | Sharon Haldes<br>2540 N. Burling<br>Chicago, IL 60614-2510 | Tara & Bill Pidziana<br>Caryn K. Quella<br>Dogs Day Inn<br>1719 W. Wrightwood<br>Chicago, IL 60614-1913 |
| Todd Witley, John Timpone<br>Michelle Timpone<br>5120 N. Kenmore, 2 South<br>Chicago, IL 60640-3173 | Urban Partnership<br>7054 S. Jeffrey Blvd.<br>Chicago, IL 60649-2095 | Urban Partnership Bank<br>c/o Francisco E. Connell<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606-7512 |
| Uri Ramandi, Kristina Alagno<br>Victor Daniel & Dain A. Evans<br>5120 N. Kenmore, 3 South<br>Chicago, IL 60640-3173 | Venita Scott Quigley<br>4813 W. 23rd Street<br>Cicero, IL 60804-2404 | Carolina Y Sales<br>Bauch & Michaels, LLC<br>53 W Jackson Blvd<br>Suite 1115<br>Chicago, IL 60604-3566 |

George Haldes
2540 N Burling St
Chicago, IL 60614-2510

Kenneth A. Michaels Jr
Bauch & Michaels, LLC
53 West Jackson Blvd.
Suite 1115
Chicago, IL 60604-3566

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Paul M Bauch
Bauch & Michaels LLC
53 West Jackson Boulevard Ste 1115
Chicago, IL 60604-3566

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fifth Third Mortgage Company
Madisonville Operations Center
Mail Drop 1MOC 20
Cincinnati, OH 45263

Bank of America
P.O. Box 982238
El Paso, TX 79998

Department of the Treasury-IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Burling Dickens Sheffield Real Estate Inve

(u)City Of Chicago

(u)LaSalle Appraisal Group Inc

(u)United States of America, Department of th

(d)Dept of Education/ Nelnet
PO Box 740283
Atlanta, GA 30374-0283

(d)Dept of Education/Nelnet
PO Box 740283
Atlanta, GA 30374-0283

(u)Hyeja Shim

(u)Aris Mitchell

End of Label Matrix
Mailable recipients    93
Bypassed recipients     8
Total                 101

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEORGE HALDES, | ) | Case No. 12-20050 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**APPLICATION FOR FINAL ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO THE ATTORNEYS FOR THE DEBTOR**

Bauch & Michaels, LLC ("Bauch & Michaels"), attorneys for George Haldes (the "Debtor"), pursuant to 11 U.S.C. §§ 330, 331, 506(c) and 507(a)(1), requests a final award of compensation for professional services and reimbursement of out-of-pocket expenses during the period August 17, 2013 through October 31, 2013 (the "Application Period") and the confirmation of its prior interim awards as final awards.

**JURISDICTION**

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ l334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

**BACKGROUND**

2.   On May 16, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). The Debtor is a real estate developer and property manager. He owns and operates several commercial and residential properties in

Chicago and Cicero, Illinois. The Debtor's plan was confirmed on September 16, 2013 [ECF No. 398], with an effective date of November 1, 2013 for all creditors except for Burling Dickens Sheffield Real Estate Investors, LLC ("BDSRE"). The effective date with respect to BDSRE was September 16, 2013.

3. Bauch & Michaels is an Illinois limited liability company engaged in the practice of law, which maintains its principal office at 53 West Jackson Boulevard, Suite 1115, in Chicago, Illinois. On June 14, 2012, the Court entered an order authorizing the Debtor to employ Bauch & Michaels *nunc pro tunc* to May 16, 2012 [ECF No. 17].

4. Bauch & Michaels received an initial retainer of $30,000.00. On April 8, 2013, this Court awarded Bauch & Michaels $111,820.50 in interim compensation and $2,583.79 in interim expense reimbursement. On September 17, 2013, this Court awarded Bauch & Michaels $60,959.00 in interim compensation and $770.28 in interim expense reimbursement. On December 4, 2013, this court entered an order allowing $11,916.00 of these fees to be recovered as a Section 506(c) expense from the property located at 1841 N. Sheffield in Chicago, Illinois [ECF No. 418]. This is the third and final Application for compensation and reimbursement filed by Bauch & Michaels in this case for services provided and expenses incurred in connection with this case.

5. Bauch & Michaels' Application describes in detail the services it provided to the Debtor and the time spent in connection with the rendering of those services during the Application Period. In order to aid the Court in its review of the

requested compensation and reimbursement, Bauch & Michaels has divided its Application into three parts. Part I describes the substantive matters and issues encountered by Bauch & Michaels in its representation of the Debtor, the actions that Bauch & Michaels took to address and resolve issues arising therein, and the results which were obtained. Part II describes each particular attorney's qualifications and areas of special expertise. Part III describes the manner in which the fees and costs were calculated.

## I. SERVICES PERFORMED

### A. Bankruptcy

6. Bauch & Michaels provided services to the Debtor related to the general administration of this case. These services included coordination with the Debtor related to ongoing disclosures of information, responses to creditor inquiries, coordination of matters to be presented to the Court, attendance at hearings on multiple motions, matters related to the general administration of the estate, and other administrative matters that were not significant enough to warrant or capable of separate classification. Bauch & Michaels provided services to the Debtor in connection with cash collateral budgets, various creditors' claims, insurance matters and the Debtor's financial reporting under the United States Trustee's operating procedures for Debtor in possession. These services included reviewing financial records, preparing monthly operating reports, and conferring with the Debtor regarding ongoing compliance with the chapter 11 operating and reporting requirements.

3

| *Bauch & Michaels, LLC Employee* | *Hourly Rate* | *Hours* | *Total* |
|---|---:|---:|---:|
| Paul M. Bauch | 400.00 | 9.30 | 3,720.00 |
| Kenneth A. Michaels Jr. | 375.00 | 9.20 | 3,450.00 |
| Kenneth A. Michaels Jr. | 0.00 | .20 | 0.00 |
| Carolina Y. Sales | 240.00 | 10.70 | 2,568.00 |
| Carolina Y. Sales | 0.00 | | 0.00 |
| **TOTALS** | | **29.40** | **$9,738.00** |

Amount Requested: $9,738.00

B. **Bridgeview Bank / Burling Dickens**

7. Bauch & Michaels provided services to the Debtor in connection with opposing Bridgeview Bank's motion to lift the stay with respect to proceeding with foreclosures of its mortgage liens on the properties located at 2540 N. Burling and 1841 N. Sheffield in Chicago, Illinois and objecting to Bridgeview Bank's claim. These services included reviewing and responding to the motion, attending hearings, preparing for an evidentiary hearing, reviewing issues related to Bridgeview Bank's mortgages (which were assigned to Burling Dickens Sheffield Real Estate Investors, LLC) ("Burling Dickens"), and attempting to negotiate a resolution with Burling Dickens.

| *Bauch & Michaels, LLC Employee* | *Hourly Rate* | *Hours* | *Total* |
|---|---:|---:|---:|
| Paul M. Bauch | 400.00 | 12.90 | 5,160.00 |
| Kenneth A. Michaels Jr. | 375.00 | 0.00 | 0.00 |
| Carolina Y. Sales | 240.00 | 22.20 | 5,328.00 |
| Carolina Y. Sales | 0.00 | 0.00 | 0.00 |
| **TOTALS** | | **35.10** | **$10,488.00** |

Amount Requested: $10,488.00

C. **Fee Applications**

8. Bauch & Michaels prepared its second interim application for compensation and reimbursement. These services included the review of billing

4

records, revisions to the narrative portions of the application and attending the hearing on the second interim application. Bauch & Michaels also communicated with the Debtor about the payment of Aris Mitchell's fees.

| *Bauch & Michaels, LLC Employee* | *Hourly Rate* | *Hours* | *Total* |
|---|---:|---:|---:|
| Paul M. Bauch | 400.00 | 0.00 | 0.00 |
| Kenneth A. Michaels Jr. | 375.00 | 0.00 | 0.00 |
| Carolina Y. Sales | 240.00 | 2.00 | 480.00 |
| Carolina Y. Sales | 0.00 | .40 | 0.00 |
| **TOTALS** | | **2.40** | **$ 480.00** |

Amount Requested: $480.00

**D.    Fifth-Third Claim Objection**

9.    Bauch & Michaels provided services to the Debtor in connection with his objection to the proof of claim filed by Fifth Third Bank. These services included communications with the Debtor and Fifth Third Bank's counsel regarding the claim and the successful settlement of the objection.

| *Bauch & Michaels, LLC Employee* | *Hourly Rate* | *Hours* | *Total* |
|---|---:|---:|---:|
| Paul M. Bauch | 400.00 | .60 | 240.00 |
| Kenneth A. Michaels Jr. | 375.00 | 0.00 | 0.00 |
| Carolina Y. Sales | 240.00 | 6.90 | 1,656.00 |
| | | | |
| **TOTALS** | | **7.50** | **$1,896.00** |

Amount Requested: $1,896.00

**E.    Metrobank**

10.    Bauch & Michaels provided services to the Debtor in connection with Metrobank's secured claims. Bauch & Michaels also communicated with Metrobank's counsel about the bank's motion to lift the stay for the property located at 5120 N. Kenmore in Chicago, Illinois.

5

| Bauch & Michaels, LLC Employee | Hourly Rate | Hours | Total |
|---|---|---|---|
| Paul M. Bauch | 400.00 | 0.00 | 0.00 |
| Kenneth A. Michaels Jr. | 375.00 | 0.00 | 0.00 |
| Carolina Y. Sales | 240.00 | 2.40 | 576.00 |
| **TOTALS** | | **2.40** | **$ 576.00** |

Amount Requested: $576.00

**F.** **Plan & Disclosure Statement**

11. Bauch & Michaels provided services in connection with the Debtors' plans and disclosure statements. These services included drafting and amending various modifications, extensive conferences with the Debtor and secured creditors regarding the negotiation of plan terms, and attending various hearings. Bauch & Michaels also prepared for and attended the confirmation hearing.

| Bauch & Michaels, LLC Employee | Hourly Rate | Hours | Total |
|---|---|---|---|
| Paul M. Bauch | 400.00 | 18.90 | 7,560.00 |
| Kenneth A. Michaels Jr. | 375.00 | 0.00 | 0.00 |
| Carolina Y. Sales | 240.00 | 18.10 | 4,344.00 |
| **TOTALS** | | **37.00** | **$11,904.00** |

Amount Requested: $11,904.00

**G.** **Urban Partnership Bank**

12. Bauch & Michaels provided services to the Debtor in connection with responding to and attending hearings on Urban Partnership Bank's motions to lift stay. Bauch & Michaels also negotiated settlements with Urban Partnership Bank in connection with its mortgage liens on 5114 N. Kenmore in Chicago, Illinois and 4246-54 S. King Drive in Chicago, Illinois.

6

| Bauch & Michaels, LLC Employee | Hourly Rate | Hours | Total |
|---|---|---|---|
| Paul M. Bauch | 400.00 | 0.00 | 0.00 |
| Kenneth A. Michaels Jr. | 375.00 | 0.00 | 0.00 |
| Carolina Y. Sales | 240.00 | 1.50 | 336.00 |
| **TOTALS** | | **1.50** | **$ 336.00** |

Amount Requested: $336.00

## II. PERSONS PROVIDING SERVICES FOR THE DEBTOR

### A. Attorneys

13. The following attorneys are primarily responsible for providing services to the Debtor:

a. *Paul M. Bauch (PMB)* is a partner of Bauch & Michaels. He is a 1983 graduate of the University of Miami School of Law. He was the Chairman of the Creditors' Rights, Bankruptcy and Business Reorganizations Group for a large Chicago law firm for eight years. Mr. Bauch is licensed to practice in Illinois, Florida and Washington, D.C., a member of the bar of numerous United States Courts of Appeals and District Courts, and a member of the trial bar of the Northern District of Illinois. Mr. Bauch's hourly rate is $400.00.

b. *Kenneth A. Michaels Jr. (KAM)* is a partner of Bauch & Michaels. He is a 1983 graduate of the John Marshall Law School. Mr. Michaels is licensed to practice in Illinois, is a member of the bar of the United States Court of Appeals for the Seventh Circuit and numerous United States District Courts, and is a member of the trial bar of the Northern District of Illinois. Mr. Michaels' hourly rate is $375.00.

7

c.  *Carolina Y. Sales (CYS)* is a partner of Bauch & Michaels as of January 1, 2014. She is a 2005 graduate of the John Marshall Law School and obtained an LL.M. in real estate law in 2010. Ms. Sales is licensed to practice in Illinois, is admitted to practice before the United States District Court for the Northern District of Illinois, is a member of its trial bar, and is a member of the bar of the United States Court of Appeals for the Seventh Circuit. Ms. Sales' hourly rate is $240.00.

### III.   CALCULATION OF TIME AND FEES AND SOURCE OF PAYMENT

14. Bauch & Michaels' request for compensation and reimbursement for expenses covers the period from August 17, 2013 through and including October 31, 2013. All professional services for which compensation is requested, and all expenses incurred for which reimbursement is requested, have been directly related to the representation of the Debtor, and were rendered for the benefit of the estate of the Debtor and the creditors. No agreement or understanding exists between Bauch & Michaels and any other person for the sharing of compensation received or to be received in connection with this case, other than as authorized pursuant to Section 504 of the Bankruptcy Code. Bauch & Michaels has not entered any agreement to set fees in this case.

15. As set forth in the attached exhibit, Bauch & Michaels' attorneys have spent a total of 115.40 hours providing necessary legal services for the Debtor and his estate. Therefore, they request compensation for $35,418.00 for the actual, necessary legal services provided to the Debtor. In addition, Bauch & Michaels has

8

incurred actual and necessary expenses in the sum of $25.72 in representing the Debtor. In total, Bauch & Michaels requests allowance and payment of $35,443.72. The requested compensation and expense reimbursements will be paid and satisfied from unencumbered funds from the Debtor's personal account and proceeds from the sale of the Debtor's real property.

16. In preparing this Application for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred as Counsel to the Debtor, Bauch & Michaels has calculated the amount of time spent by each attorney in performing actual, necessary legal services for the Debtor. The data used came from the Timeslips databases that are kept for each Bauch & Michaels client. The hourly rates charged are the hourly rates charged by Bauch & Michaels for comparable services to clients in non-bankruptcy related matters. Bauch & Michaels uses a tenth of an hour system for its clients. Bauch & Michaels's attorney hourly rates are substantially lower than the rates charged by other attorneys in this district with commensurate experience in bankruptcy and business reorganization matters.

17. To aid the Court in its review, Bauch & Michaels has categorized its time by substantive categories, as is summarized in the preceding section of this Application.

**BILLING PROCEDURES**

18. Time entries are recorded contemporaneously to electronic medium on a regular basis with TimeSlips. The reports of time entries were reviewed for error and revised to correct descriptions of services and to allocate services and expenses

9

among substantive areas. The categories and time spent under each category are as follows:

| Category | Hours | Charges |
| --- | --- | --- |
| Bankruptcy – Administration | 29.50 | 9,738.00 |
| Bridgeview Bank/Burling Dickens | 35.10 | 10,488.00 |
| Fee Applications | 2.40 | 480.00 |
| Fifth Third Claim Objection | 7.50 | 1,896.00 |
| Metrobank | 2.40 | 576.00 |
| Plan & Disclosure Statement | 37.00 | 11,904.00 |
| Urban Partnership Bank | 1.50 | 336.00 |
| **Totals** | **115.40** | **$35,418.00** |

19.    Bauch & Michaels also incurred out-of-pocket expenses. Most of the expenses are for bankruptcy filing fees and for postage incurred in connection with the preparing and filing of pleadings with this court and providing notice to various parties in interest. The expenses incurred are described in detail on the attached invoice. The invoice explains the requested fees and expenses sought to be both allowed and paid to Bauch & Michaels by the Debtor.

**WHEREFORE**, Bauch & Michaels, LLC respectfully requests that this Court enter an order:

1.    Awarding Bauch & Michaels $35,418.00 for the actual, necessary legal services rendered by it to the Debtor during the period covered by this Application Period;

2.    Awarding Bauch & Michaels $25.72 as reimbursement for its actual, necessary expenses incurred in providing actual, necessary legal services to the Debtor during the period covered by this Application Period;

10

3.      Deeming the interim compensation award of Bauch & Michaels, LLC's interim compensation award of $111,820.50 and expense reimbursements of $2,583.79 under the April 4, 2013 order and the interim compensation award of $60,959.00 and expense reimbursements of $770.28 under the September 17, 2013 order to be final awards;

4.      Authorizing and directing the Debtor to pay the amounts awarded from the Debtor's personal accounts and sale of real property; and

5.      Granting such other relief as may be just.

Dated: February 4, 2014                           BAUCH & MICHAELS, LLC

                                                  By: /s/ Paul M. Bauch

Paul M. Bauch (ARDC # 6196619)
Carolina Y. Sales (ARDC # 6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel.: (312) 588-5000
Fax: (312) 427-5709

11