UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GEORGE HALDES, | ) | Case No. 12 B 20050 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING LENDER BURLING DICKENS' PETITION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE TERMS OF ITS NOTE**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $212,102.50 | TOTAL COSTS REQUESTED: | $7,063.30 |
| TOTAL FEES REDUCED: | $4,956.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $207,146.50 | TOTAL COSTS ALLOWED: | $7,063.30 |

**TOTAL FEES AND COSTS ALLOWED: $214,209.80**

The attached time and expense entries have been marked to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each marked entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Unreasonable Time**

In reviewing an over-secured lender's request for reimbursement of fees and expenses, the Court is required under section 506(d) of the Bankruptcy Code to determine if the requested fees and expenses are reasonable. The fees denied in this category include time expended by counsel related to the assignment of the claim and substitution of parties as a result of the purchase of the claim by Burling Dickens. The Court does not believe it is reasonable to charge the debtor for this time because it does not relate to any action or obligation of the debtor.

Further, the Court does not find reasonable the charge incurred by MCA Financial Group ("MCA") for preparing its engagement letter. Thus, the $250 charge for this time has been deducted. The Court, in general, finds that the work product of MCA related to its review of the default interest issue was of limited usefulness to this proceeding, given the circumstances of this debtor. As a result, the Court is deducting $3,375, which is half the total charges incurred by MCA for this work.

**(2)    Lumping**

The Court may impose a penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment."). In this case, since the submission at issue is an application of the lender for fees incurred by its counsel and expert pursuant to the note signed by the debtor, one may argue that the Court should somewhat relax the lumping standards because it is not routine for lender's counsel to keep time in the same manner as counsel for a debtor does. The Court notes that the Greiman, Rome & Griesmeyer firm did not generally lump its time, but Vedder Price did. While the lumping did not inhibit the Court from reviewing the fees for reasonableness, it did make review slightly more difficult. As a result, the Court will impose a $500 penalty for the lumping.

Dated: 7/8, 2014

Janet S. Baer
United States Bankruptcy Judge

```
                        Haldes-Burling Dickens Fees
Fees and Expenses by Matter                                    Page 1
Period: 01/01/1990-03/26/2014                                  03/26/14

Date     Timekeeper  Transaction Type                          Amount
Status               Description
----------------------------------------------------------------------
```

Matter 10206-602        Burr Ridge Real Estate Investments, LLC
                        Burling Dickens Sheffield (Haldes/Sharp
                        Litigation)

03/27/13  ABR   Fee: 1.00 hours @ $305.00/hour                 305.00
Billed          Telephone conference with C. Manley and J.
                Stahl re: litigation strategy.

04/01/13  ABR   Fee: 0.40 hours @ $305.00/hour                 122.00
Billed          Prepare for 4-2-13 Motion to Approve the
                Sale of the Sheffield Property before Judge
                Baer.

04/02/13  ABR   Fee: 3.10 hours @ $305.00/hour                 945.50
Billed          Court hearing on Debtor's motion to approve
                the sale of the Sheffield Property, and for
                the use of cash collateral (1.2); draft
                status to C. Manley and C. Pauls re: same
                (.4); analyze proposed sale order (.5); edit
                and revise same (.9); draft correspondence
                to counsel for Debtor re: same (.1).

[REDACTED]

04/03/13  ABR   Fee: 1.70 hours @ $305.00/hour                 518.50
Billed          Analyze proposed Court orders, including
                proposed HUD Statement, multiple calls with
                C. Manley and B. Pauls (.5); appear in Court
                on Debtor's Motion for Order approving the
                sale of the Sheffield Property (1.1);
                telephone conference with C. Manley and B.
                Pauls re: same (.1).

04/03/13  AAB   Fee: 1.20 hours @ $150.00/hour                 180.00    (1)
Billed          Haldes BK-Researched procedure for
                Transfer/Assignment of Proof of Claim in
                Bankruptcy Court and prepared Notice and
                Evidence of Transfer as well as all
                correspondence Forms required by bankruptcy
                court.

04/09/13  ABR   Fee: 0.30 hours @ $305.00/hour                 91.50
Billed          Telephone conference re: the ability to
                enter into a sales contract for the Dickens
                property prior to the Confirmation of Sale.

04/09/13  ABR   Fee: 0.30 hours @ $305.00/hour                 91.50     (1)
Billed          Edit, revise and finalize substitution of
                plaintiff in the Sharon Haldes litigation.

04/09/13  AAB   Fee: 1.10 hours @ $150.00/hour                 165.00    (1)
Billed          Sharon Haldes Litigation-Preparation of
                Motion for Substitution of Party Plaintiff,

                              Page 1

Haldes-Burling Dickens Fees
Notice of Motion and Proposed Order (.80).
Review of Orders entered in case to
determine current case status and upcoming
briefs required for filing (.30).

| Date | Init | Description | Amount |
|---|---|---|---|
| 04/09/13 Billed | MMB | Fee: 0.30 hours @ $100.00/hour<br>Free filed Burling Dickens Sheffield Real Estate's Motion for Substitution of Party-Plaintiff and dropped off CC to Judge's chambers | 30.00 |



| Date | Init | Description | Amount |
|---|---|---|---|
| 04/10/13 Billed | ABR | Fee: 1.10 hours @ $305.00/hour<br>Extended settlement negotiations with Debtor's counsel; draft correspondence to B. Pauls and C. Manley re: same. | 335.50 |
| 04/11/13 Billed | ABR | Fee: 0.50 hours @ $305.00/hour<br>Edit, review and revise proposed Sale Order against the Sheffield Property. | 152.50 |
| 04/12/13 Billed | ABR | Fee: 0.50 hours @ $305.00/hour<br>Continue to edit and revise proposed Sheffield Sale Order pursuant to comments suggested by Debtor's counsel. | 152.50 |
| 04/12/13 Billed | AAB | Fee: 0.30 hours @ $150.00/hour<br>Sharon Haldes Lit-Assembled all documents necessary for use at upcoming clerk's status and preparation of brief memo regarding note sale to advise clerk. | 45.00 |
| 04/15/13 Billed | AAB | Fee: 0.20 hours @ $150.00/hour<br>Sharon Haldes Lit-Email correspondence to Opposing Counsel providing copy of Motion to Substitute Party upon his request. | 30.00 |
| 04/15/13 Billed | MHR | Fee: 0.70 hours @ $275.00/hour<br>S. Haldes: prepare for and attend status hearing and hearing on motion to substitute plaintiff. | 192.50 |
| 04/16/13 Billed | ABR | Fee: 1.20 hours @ $305.00/hour<br>Correspondence/telephone conference with Brian Pauls and Chris Manley re: ▮▮▮▮ (.3) multiple telephone conferences with counsel for the debtor re: the draft order against Sheffield and a global settlement (.6); telephone conference with C. Manley re: ▮▮▮ (.3). | 366.00 |
| 04/17/13 Billed | ABR | Fee: 2.20 hours @ $305.00/hour<br>Telephone conference with counsel for the Debtor re: draft order to sell Sheffield (.3); edit and revise the order (.3); court hearing in front of Judge Baer re: (among other things) the same (1.1); draft status letter to C. Manley and B. Pauls re: ▮▮▮ | 671.00 |

Page 2

| Date | Atty | Description | Amount |
|---|---|---|---|
| Billed | | Haldes-Burling Dickens Fees<br>Correspondence with H. Jung (expert) re: testimony for lift stay motion (.3); telephone conference with counsel for debtor re: Amended Disclosure Statement and the sale of the Sheffield Property (.2); correspondence with C. Manley re: ▮ (n/c). | |
| 05/01/13 Billed | ABR | Fee: 2.00 hours @ $305.00/hour<br>Analyze and review Fourth Amended Disclosure Statement and Fourth Amended Plan (.5); telephone conference and correspondence with appraisal expert (.2); correspondence re: sale of Sheffield Property (.1); court hearing in front of judge Baer re: Disclosure Statement and Amended Plan (1.2). | 610.00 |
| 05/02/13 Billed | ABR | Fee: 1.50 hours @ $305.00/hour<br>Edit, review and revise assignment of bankruptcy claim (.6); telephone conference with C. Manley re: ▮ (.3); analyze BK Plan to determine if it is ▮ (.4); telephone conference with C. Manley re: ▮ (.2). | 457.50 |
| 05/03/13 Billed | ABR | Fee: 0.50 hours @ $305.00/hour<br>Draft objection to Hadles Disclosure Statement; analyze and review 5th amended Disclosure Statement and 5th Amended Plan. | 152.50 |
| 05/03/13 Billed | ABR | Fee: 0.20 hours @ $305.00/hour<br>Correspondence with appraisal expert re: internal inspection and the debt against the property. | 61.00 |
| 05/06/13 Billed | BTG | Fee: 1.00 hours @ $305.00/hour<br>Review and analyze factual background, procedural history and key court filings in preparation for drafting objection to Plan. | 305.00 |
| 05/06/13 Billed | ABR | Fee: 0.30 hours @ $305.00/hour<br>Correspondence with debtor's counsel re: internal inspection of debtor's property (.1); correspondence with expert re: same (.1); telephone conference with expert re: same (.1). | 91.50 |
| 05/06/13 Billed | ABR | Fee: 4.50 hours @ $305.00/hour<br>(Sharon Haldes) Analyze movant's Motion for Summary Judgment (.5); analyze defendant's response in opposition to movant's motion for summary judgment (.5); outline reply in support of Motion for Summary Judgment (.7); analyze damage calculation, draft supplemental affidavit re: same (1.1); draft supplemental fee petition for all fees incurred in collecting in all litigation matters (.8). continue drafting reply (.9). | 1,372.50 |
| 05/06/13 Billed | AAB | Expense<br>Filing Fee-Transfer of Proof of Claim | 25.00 |

Handwritten annotations near 05/02/13 entry: .60, 457.50 crossed out, −183.00, ①, 274.50

Haldes-Burling Dickens Fees

| Date | Atty | Description | Amount |
|---|---|---|---|
| 05/06/13 Billed | AAB | Fee: 0.70 hours @ $150.00/hour<br>Haldes-Review of case docket and all exhibits filed in order to locate all appraisals conducted on the Property; Follow-up with Bridgeview Bank concerning any and all appraisals in their possession; Email correspondence to Expert providing most current appraisals. | 105.00 |
| 05/06/13 Billed | AAB | Fee: 0.50 hours @ $150.00/hour<br>Hadles-Review of all time entries incurred by Bridgeview Bank Group related to Hadles matter and calculated out time by attorney as well as total fees and costs incurred. | 75.00 |
| 05/06/13 Billed | AAB | Fee: 0.60 hours @ $150.00/hour<br>Haldes-Revised and finalized Transfer of Claim; Attended to electronic filing of the Transfer of Claim and all supporting documents with the US Bankruptcy Court and service of the same upon the Debtor. | 90.00 ① |
| 05/07/13 Billed | ABR | Fee: 1.30 hours @ $305.00/hour<br>(Sharon Haldes State Court Litigation) Court hearing in front of Judge Powell for a case management conference and on Plaintiff's Motion for Summary Judgment (1.1); draft status to C. Manley re: ▮ (.2). | 396.50 |
| 05/07/13 Billed | AAB | Fee: 1.50 hours @ $150.00/hour<br>Hadles-Review of all time entries incurred by Burling Dickens related only to Hadles matter and calculated out time by attorney as well as total fees and costs incurred; Analyzed time entries for all privileged content and redacted the same. Preparation of Attorney Fee Petition in support of Burling Dickens Sheffield fees. | 225.00 |
| 05/07/13 Billed | AAB | Fee: 1.20 hours @ $150.00/hour<br>Haldes- Analyzed Bridgeview Bank time entries for all privileged content and redacted the same. Preparation of Attorney Fee Petition in support of Bridgeview Bank's Fees (1.0). Correspondence and discussion with K. Cacioppo of Bridgeview Bank requesting information concerning attorneys' fees incurred by prior legal counsel for inclusion into final judgment order (.20) | 180.00 |
| 05/09/13 Billed | ABR | Fee: 0.30 hours @ $305.00/hour<br>Correspondence with expert re: his inability to take pictures during his appraisal; correspondence with debtor's counsel re: same; additional correspondence with expert re: same. | 91.50 |
| 05/09/13 Billed | ABR | Fee: 3.10 hours @ $305.00/hour<br>(Sharon Haldes Litigation) Edit, review and | 945.50 |

Page 5

Haldes - Detailed Time Entries

| Date | Person | Hours | Project Code | Description | Total Fees | KB | CW | JHB |
|---|---|---|---|---|---|---|---|---|
| 5/30/2013 | KB | 1.8 | | Review materials in preparation for analysis. | $ 900.00 | $ 900.00 | $ - | $ - |
| 5/30/2013 | KB | 0.5 | | Prepare engagement letter. Call with counsel Adam Rome. | $ 250.00 | $ 250.00 | $ - | $ - |
| 5/30/2013 | JHB | 8.1 | | Review and analyze financial information. Draft findings. | $ 2,835.00 | $ - | $ - | $ 2,835.00 |
| 5/31/2013 | KB | 2.6 | | Review information from counsel. | $ 1,300.00 | $ 1,300.00 | $ - | $ - |
| 5/31/2013 | KB | 1.6 | | Prepare analysis for report. | $ 800.00 | $ 800.00 | $ - | $ - |
| 5/31/2013 | CW | 6.8 | | Communicated with potential lenders concerning financing of subject property. | $ 2,006.00 | | $ 2,006.00 | |
| 5/31/2013 | JHB | 10.0 | | Review and analyze financial information. Draft findings. | $ 3,500.00 | $ - | $ - | $ 3,500.00 |
| | | 31.4 | | | $ 11,591.00 | $ 3,250.00 | $ 2,006.00 | $ 6,335.00 |

1 of 1

Haldes - Detailed Time Entries

| Date | Person | Hours | Project Code | Description | Total Fees | KB | CW | JHB |
|---|---|---|---|---|---|---|---|---|
| 8/8/2013 | CW | 1.3 | | Drafted monthly operating reports for all properties. | $ 383.50 | $ - | $ 383.50 | $ - |
| 8/9/2013 | CW | 8.1 | | Drafted monthly operating reports for all properties. | $ 2,389.50 | $ - | $ 2,389.50 | $ - |
| 8/12/2013 | JHB | 3.2 | | Review and analyze financial information and court filings. Prepare and update financial analysis of properties performance. | $ 1,120.00 | $ - | $ - | $ 1,120.00 |
| 8/13/2013 | KB | 0.7 | | Review email from counsel Greiman. Research issue. | $ 350.00 | $ 350.00 | $ - | $ - |
| 8/14/2013 | KB | 1.9 | | Prepare affidavit re: default interest. Calls with counsel regarding same. | $ 950.00 | $ 950.00 | $ - | $ - |
| 8/14/2013 | JHB | 2.7 | | Review and analyze financial information and court filings. Prepare and update financial analysis of properties performance. | $ 945.00 | $ - | $ - | $ 945.00 |
| 8/17/2013 | JHB | 2.8 | | Review and analyze financial information and court filings. Prepare and update financial analysis of properties performance. | $ 980.00 | $ - | $ - | $ 980.00 |
| 8/19/2013 | KB | 1.7 | | Review documents from counsel. Call to counsel regarding same. Review MORs in anticipation of potential report submittal. | $ 850.00 | $ 850.00 | $ - | $ - |
| 8/20/2013 | KB | 2.1 | | Prepare feasibility analysis in the event report is needed to be filed. | $ 1,050.00 | $ 1,050.00 | $ - | $ - |
| | | 24.5 | | | $ 9,018.00 | $ 3,200.00 | $ 2,773.00 | $ 3,045.00 |
| Expenses | | | | | | | | |
| | | | | Total | $ - | | | |

1 of 1

Haldes - Detailed Time Entries

| Date | Person | Hours | Project Code | Description | Total Fees | KB |
|---|---|---|---|---|---|---|
| 9/9/2013 | KB | 0.3 | | Review email from counsel Rome. Email regarding same. | $ 150.00 | $ 150.00 |
| 9/20/2013 | KB | 1.1 | | Review outline from counsel Rome. | $ 550.00 | $ 550.00 |
| 9/22/2013 | KB | 2.2 | | Work on default interest issues. | $ 1,100.00 | $ 1,100.00 |
| 9/23/2013 | KB | 3.9 | | Work on default interest issues. Call with counsel Rome. Review relevant documents. | $ 1,950.00 | $ 1,950.00 |
| 9/25/2013 | KB | 4.1 | | Prepare for and testify regarding default interest. | $ 2,050.00 | $ 2,050.00 |
| | | 11.6 | | | $ 5,800.00 | $ 5,800.00 |
| Expenses | | | | | | |
| | | | | Total | $ - | |

1 of 1