UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>GEORGE HALDES<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  12-20050<br><br>Chapter:  11<br>Honorable Janet S. Baer |

## ORDER OF A FINAL DECREE CLOSING CASE

This matter coming on to be heard on the Motion of Debtor, George Haldes ("Debtor") for Entry of a Final Decree Closing Case; due and proper notice having been given to all parties in interest; and the Court been advised as follows;

IT IS HEREBY ORDERED:

That pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Court enters this Final Decree and Order and orders the instant Chapter 11 case closed.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 24, 2016

**Prepared by:**

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle Street, Suite 40
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514
ARDC No. 03125591